1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  300 South First Street, Suite 342
   San Jose, California  95113
3  Telephone (408) 298-2000
   Facsimile (408) 298-6046
4  Emails: tanya@moorelawfirm.com;
   service@moorelawfirm.com
5
   Attorney for Plaintiff,
6  Hendrik Block

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HENDRIK BLOCK, | No.  3:19-cv-06670-EMC |
| Plaintiff, | **STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE** |
| vs. | |
| SYUFY ENTERPRISES, | **[FED. R. CIV. P. 41(a)]** |
| Defendant. | |

Plaintiff Hendrik Block and Defendant Syufy Enterprises, L.P. hereby stipulate that the above-entitled action may be dismissed in its entirety with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  The parties are to bear their own attorneys' fees and costs.

**IT IS SO STIPULATED**.

Dated: August 3, 2020               MOORE LAW FIRM, P.C.

                                    */s/ Tanya E. Moore*
                                    Tanya E. Moore
                                    Attorney for Plaintiff,
                                    Hendrik Block

Dated: August 3, 2020               LAW OFFICE OF JASON G. GONG, A.P.C.

                                    */s/ Jason G. Gong*
                                    Jason G. Gong
                                    Attorney for Defendant,
                                    Syufy Enterprises, L.P.

**ATTESTATION**

I have obtained concurrence in the filing of this document from each of the individual(s) whose electronic signature is attributed above.

                                    */s/ Tanya E. Moore*
                                    Tanya E. Moore
                                    Attorney for Plaintiff,
                                    Hendrik Block

Dated: 8/3/2020

**GRANTED**
Judge Edward M. Chen
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE

Page 2